IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LESLEY RICHARDSON | : | |
| | : | CIVIL ACTION |
| v. | : | No. 11-7688 |
| | : | |
| UNITED FINANCIAL CASUALTY | : | |
| COMPANY | : | |
| | : | |

## **ORDER**

AND NOW, this 30th day of May, 2013, it is ORDERED that defendant United Financial Casualty Company's Motion for Summary Judgment is GRANTED and JUDGMENT IS ENTERED in favor of defendant United Financial Casualty Company and against plaintiff Lesley Richardson.

                                                          *s/Thomas N. O'Neill, Jr.*
                                             THOMAS N. O'NEILL, JR., J.